No. 62. UNITED STATES *v.* INTERNATIONAL SALT CO., INC. August 19, 1947. Dismissed in vacation pursuant to Rule 35 of the Rules of this Court. *Acting Solicitor General Washington* for the United States. *Henry B. Twombly* for appellee.

No. 246. CONTINENTAL DISTILLING SALES CO. *v.* TEXAS LIQUOR CONTROL BOARD.

September 26, 1947. Dismissed in vacation pursuant to Rule 35 of the Rules of this Court. *O. O. Touchstone* and *Lloyd N. Cutler* for appellant. *Price Daniel,* Attorney General of Texas, for appellee.